UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00097-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESUS MANUEL TORRES-ALVILLAR,

        Defendant.

---

### ORDER RESETTING SENTENCING HEARING

---

**IT IS ORDERED** that the sentencing hearing set for Defendant Jesus Manuel Torres-Alvillar on **October 10, 2006 is VACATED** and reset to **October 16, 2006 at 3:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 20th day of September, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge