IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No.  06-cr-00097-MSK (Civil Action No. 07-cv-01340-MSK)

UNITED STATES OF AMERICA,

> Plaintiff/Respondent,

v.

JESUS MANUEL TORRES-ALVILLAR,

> Defendant/Movant.

---

## ORDER TO RESPOND

---

After preliminary consideration of the Defendant/Movant's Motion Under 28 U.S.C.

§ 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (**#30**), it is now

**ORDERED** that the United States Attorney, on or before **November 16, 2007,** shall file

an answer or other pleading directed to the Motion pursuant to Rule 4 of the Rules Governing

Section 2255 Proceedings.

Dated this 26th day of October, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge